IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3077 |
| | ) | |
| v. | ) | |
| | ) | |
| ARMANDO H. LERMA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion and request for hearing pursuant to Rule 35(b) (Filing No. 52). Accordingly,

IT IS ORDERED:

1) Plaintiff's motion for hearing is granted. A hearing on plaintiff's Rule 35 motion (Filing No. 46) is scheduled for:

**Monday, October 17, 2005, at 11:15 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant need not be present.

2) Counsel for the defendant is reappointed under the Criminal Justice Act to represent the defendant for purposes of the Rule 35(b) motion, and the Federal Public Defender shall provide CJA counsel with a new voucher.

DATED this 7th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court