IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3077 |
| | ) | |
| v. | ) | |
| | ) | |
| ARMANDO LERMA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for reduction of sentence pursuant to Rule 35(b) (Filing No. 46). The Court heard arguments of plaintiff and defendant and finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion for reduction of sentence pursuant to Rule 35(b) is granted. Defendant is committed to the custody of the United States Bureau of Prisons for a term of 82 months. He shall receive credit for all time he has served on his original sentence, and all other terms and conditions of the judgment in a criminal case (Filing No. 42) remain in full force and effect.

DATED this 18th day of October, 2005.

BY THE COURT

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Judge